33 A.3d 1199

IN THE MATTER OF ANTHONY M. MAHONEY, AN ATTORNEY
AT LAW (ATTORNEY NO. 229381972).

January 12, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–125, recommending the disbarment of **ANTHONY M. MAHONEY,** formerly of **WESTFIELD,** who was admitted to the bar of this State in 1972, and who has been temporarily suspended from the practice of law since March 18, 2000, for the knowing misappropriation of client funds, in violation of *RPC* 1.15(a) and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979);

And **ANTHONY M. MAHONEY** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **ANTHONY M. MAHONEY** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **ANTHONY M. MAHONEY** be and hereby is permanently restrained and enjoined from practicing law;

And it is further ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.